IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA ACCOUNT<br>NO. 11642-01185,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　/ | CASE NO. SW F 06-0258 LJO<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO A MAGISTRATE JUDGE** |

　　　On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and requests this Court's clerk to reassign this action to a magistrate judge. Upon reassignment, all papers shall bear the new case number with the new magistrate judge's initials.

　　　IT IS SO ORDERED.

**Dated:　May 31, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1